UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-CR-00154 |
| VERSUS | JUDGE FOOTE |
| FRANKLIN REYES | MAG. JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, FRANKLIN REYES, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings.

**IT IS THEREFORE ORDERED** that FRANKLIN REYES is finally adjudged guilty of the offense charged in Count Three of the Indictment.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this ____ day of _____, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE